IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID ROBIN WHITMORE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-10-1346-M |
| ) | |
| JUSTIN JONES, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER**

On August 16, 2011, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that the petition for habeas corpus under § 2241 be denied and that petitioner's motion to stay also be denied. Petitioner was advised of his right to object to the Report and Recommendation by September 6, 2011. After being granted an extension, on September 13, 2011 petitioner filed his objection, objecting to the Report and Recommendation in its entirety.

Upon de novo review, the Court:

(1)   ADOPTS the Report and Recommendation issued by the Magistrate Judge on August 16, 2011;

(2)   DENIES the petition for writ of habeas corpus [docket no. 26], and

(3)   DENIES petitioner's motion to stay [docket no. 25].

**IT IS SO ORDERED this 20th day of September, 2011.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE